

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2020

No. 04-20-00011-CR

Sylvia Ann **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 604034
Honorable Grace M. Uzomba, Judge Presiding

# O R D E R

Appellant's brief was originally due by March 20, 2020 and was not filed. We notified the pro se appellant of the deficiency on March 26, 2020. *See* TEX. R. APP. P. 38.8(b)(2). In that notice, we cautioned appellant that if we did not receive an adequate response by April 6, 2020, we would abate this appeal to the trial court for an abandonment hearing. *See id.* Neither the brief nor a motion for extension of time to file the brief has been filed.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **ORDER** this appeal **ABATED** and **ORDER** the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute her appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. However, since appellant is pro se, the trial court shall order appellant

to be present at the hearing in whatever format the trial court uses as a result of the COVID-19 pandemic.

We further **ORDER** the trial court to notify this court of the date of the hearing within 5 days of the date the hearing is set. Finally, we **ORDER** the district clerk and court reporter to, within 30 days of the date of the hearing, file a supplemental clerk's and reporter's records in this court which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted; (2) written findings of fact and conclusions of law; and (3) recommendations addressing the above enumerated questions.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court